IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

THOMAS W. POWERS
ADC #138358                                                                                               PLAINTIFF

V.                              CASE NO. 2:15-CV-00019 DPM/BD

RAY HOBBS, et al.                                                                                    DEFENDANTS

## ORDER

Plaintiff Thomas W. Powers, an Arkansas Department of Correction ("ADC") inmate, filed this case *pro se* under 42 U.S.C. § 1983. (Docket entry #2) For screening purposes, Mr. Powers has stated a deliberate-indifference claim against each of the named Defendants. Accordingly, service is proper.

The Clerk of Court is directed to prepare summonses for each of the named Defendants. The United States Marshal is directed to serve copies of the Complaint, with any attachments (docket entry #2), and a summons for these Defendants without requiring prepayment of fees and costs or security. Service for Defendants should be through the Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612.

IT IS SO ORDERED, this 12th day of February, 2015.

_____
UNITED STATES MAGISTRATE JUDGE