**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**THOMAS W. POWERS**
**ADC #138358**                                                                          **PLAINTIFF**

**V.**                                   **CASE NO. 2:15-CV-00019 DPM/BD**

**RAY HOBBS, et al.**                                                              **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.    Procedures for Filing Objections:

This Recommended Disposition ("Recommendation") has been sent to United

States District Judge D.P. Marshall Jr.  Any party may file written objections to this

Recommendation.  If objections are filed, they must be specific and must include the

factual or legal basis for the objection.  Your objections must be received in the office of

the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Marshall can adopt this Recommendation without

independently reviewing the record.  By not objecting, you may also waive any right to

appeal questions of fact.

### II.   Discussion:

Thomas Powers, an Arkansas Department of Correction ("ADC") inmate, filed this

lawsuit pro se under 42 U.S.C. § 1983, alleging that his constitutional rights were violated

while he was housed at the East Arkansas Regional Unit of the ADC.  Mr. Powers alleges

that Defendant Parsons failed to properly secure an extension ladder that fell on him and

injured his arm and leg.  (Docket entry #2)

This Court previously recommended that Mr. Powers's claims against the Defendants in their official capacities be DISMISSED, with prejudice; that claims against Defendants Hobbs, Burl, and Dover be DISMISSED, without prejudice; and that he be allowed to proceed on his claims against Defendant Parsons in his individual capacity.[1] (#18)

Defendant Parsons, however, has never been served with the complaint and summons, despite two attempts.  (#8, #16)  On April 1, 2015, the Court gave Mr. Powers additional time to provide a valid service address for Defendant Parsons (#17), but to date, Mr. Powers has not done so.  The time for serving Defendant Parsons has now passed.

**III.   Conclusion:**

The Court recommends that Mr. Powers's claims against Defendant Parsons be DISMISSED, this 1st day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Mr. Powers has filed an objection to that recommendation.  (#26)