IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

THOMAS W. POWERS
ADC #138358                                                                       PLAINTIFF

v.                    No. 2:15-cv-19-DPM-BD

RAY HOBBS, Director, ADC; DANNY BURL,
Warden East Arkansas Regional Unit; DOVER,
Maintenance Supervisor, East Arkansas
Regional Unit; and MATTHEW PARSONS,
Corporal, Maintenance Department at East
Arkansas Regional Unit                            DEFENDANTS

ORDER

On *de novo* review, the Court adopts the partial recommendation, № 18, and overrules Powers's objection, № 26. FED. R. CIV. P. 72(b)(3). Defendants' motion to dismiss, № 11, is granted in part and denied in part. Powers's claims against all the defendants in their official capacities are dismissed with prejudice. His claims against Hobbs, Burl, and Dover are dismissed without prejudice for lack of exhaustion. Powers may proceed with his claims against Parsons, individually.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 June 2015