IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

THOMAS W. POWERS
ADC #138358                                                                                    PLAINTIFF

v.                                    No. 2:15-cv-19-DPM-BD

MATTHEW PARSONS, Corporal,
Maintenance Department at East
Arkansas Regional Unit                                                                    DEFENDANTS

ORDER

On *de novo* review, the Court adopts the recommendation, № 27, and overrules Powers's objection, № 29.  FED. R. CIV. P. 72(b)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 July 2015