IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

THOMAS W. POWERS
ADC #138358                                                                        PLAINTIFF

v.                              No. 2:15-cv-19-DPM

RAY HOBBS, Director, ADC; DANNY BURL,
Warden, East Arkansas Regional Unit; DOVER,
Maintenance Supervisor, East Arkansas
Regional Unit; and MATTHEW PARSONS,
Corporal, Maintenance Department at East
Arkansas Regional Unit                                                          DEFENDANTS

## JUDGMENT

1. Powers's claims against all defendants in their official capacities are dismissed with prejudice based on sovereign immunity.

2. Powers's claims against Hobbs, Burl, and Dover in their individual capacities are dismissed without prejudice for failure to exhaust.

3. Powers's claims against Parsons in his individual capacity are dismissed without prejudice for lack of service.

_____
D.P. Marshall Jr.
United States District Judge

7 July 2015